ACCEPTED
12-14-00156-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/6/2015 1:48:06 PM
CATHY LUSK
CLERK

**UNITED STATES TWELFTH COURT OF APPEALS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/6/2015 1:48:06 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| INEZ MANIGAULT, | § | |
| *Plaintiff,* | § | |
| | § | |
| Vs. | § | Case No. 12-14-00156-CV |
| | § | |
| JANE THORN-HENDERSON | § | |

**APPELLEE'S FIRST MOTION FOR EXTENSION
OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THIS COURT:

Jane Thorne-Henderson requests an order extending time to file her brief as follows:

Appellee requests a one week extension of time to file her brief because counsel for appellee was originally scheduled to attend trial of Cause No: DC-13-07008, styled *Maria Alonzo v. Linda Meredith*, in the 191st District Court of Dallas County, Texas; and then the day after, on Tuesday, June 7, 2015, was scheduled to begin an arbitration proceeding with the American Arbitration Association styled *Mike Pile BMW v. Lay Construction, LLC,* Cause No. 01-14-0001-7427. Both those matters resolved during the afternoon of Thursday July 3, 2015. Because of these other matters, counsel was unable to complete his client's response by the deadline, today.

Appellee's brief in the in this matter is due today, July 6, 2015. By this motion, appellee requests an order extending the time to file appellee's brief to Monday, July 13, 2015.

Appellee has requested no previous extension of time in this appellate cause. Counsel for appellee requires additional time in which to file this brief because of the following circumstances described *supra*.

No party will be prejudiced by the extension requested herein.

1

## Conference

Counsel attempted to confer with pro se Appellant on July 6, 2015, and Appellant counsel did not respond at all. Counsel has therefore received no agreement or opposition to this motion.

## Prayer for Relief

Therefore, appellee respectfully requests that this Court issue an order granting the extension the time for the filing of the appellant's brief in the above case to Monday July 13, 2015.

Respectfully submitted,

WHITE SHAVER, P.C.
205 W. Locust Ave.
Tyler, Texas 75702
Telephone: 903/533-9447
Telefax: 903/595-3766

By: _____
      Adam B. Allen
      State Bar No. 24038738
      AAllen@whiteshaverlaw.com

ATTORNEY FOR APPELLEE

## CERTIFICATE OF SERVICE

I do certify that a true and correct copy of the foregoing Response was delivered to all counsel and parties of record, via mail in accordance with the Texas Rules of Civil Procedure on this 6TH day of July, 2015.

_____
      Adam B. Allen

2

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 6, 2015, I attempted to confer with pro-se appellant regarding the motion for extension of time, and appellant did not respond.

_____
Adam Allen